## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                                   **CASE NO. 07-11661**
**PAUL R. ZITO**                                          **CHAPTER 13**
    **Debtor**                                               **Section A**

## <u>ORDER FOR RELIEF FROM STAY</u>

The hearing on the Motion for Relief from the Automatic Stay ("Motion") filed by Consumer Portfolio Services ("Mover"), was scheduled for hearing on the 9th day of December, 2008 at 11:00 a.m.

The Court having considered the merits of the Motion, the allegations contained therein, attachments entered of record, no objections having been filed thereto, and there being good cause to grant the relief requested;

IT IS ORDERED that the Motion is GRANTED and the automatic stay imposed by 11 U.S.C. §362 is terminated to allow Mover to foreclose upon or otherwise exercise its security interest against the following described collateral ("Collateral"):

**2003 Kia Spectra, Vehicle Identification Number KNAFB121X35223666**

IT IS FURTHER ORDERED that if assets are available or anticipated, Mover is given leave to file an unsecured deficiency claim within 60 days after liquidation of the collateral, if such claim exists.

New Orleans, Louisiana, December 30, 2008.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

Respectfully submitted:

/s/ Jon Ann Giblin
Jon Ann Giblin, LA Bar Roll #23093
McGlinchey Stafford, PLLC
One American Place, Fourteenth Floor

312819.3

Baton Rouge, LA  70825
Telephone:  (225) 383-9000;  Facsimile:   (225) 343-3076
Attorneys for CONSUMER PORTFOLIO SERVICES